AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) ) |
| Residence located 3 Miles NE of Old Valley Store, Many Farms/Chinle, AZ and field surrounding residence at approximate GPS coordinates 36.29973, -109.59905 | ) ) ) |

Case No.   22-4323mb

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Arizona _____
*(identify the person or describe the property to be searched and give its location)*:

Residence located 3 Miles NE of Old Valley Store, Many Farms/Chinle, AZ and field surrounding residence at approximate GPS coordinates 36.29973, -109.59905, otherwise known as the target residence.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Evidence of the crime to include knives and sharp edged tools.

**YOU ARE COMMANDED** to execute this warrant on or before    September 9, 2022 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Any Magistrate Judge in Arizona on duty _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: _____

*Camille D. Bibles*
Digitally signed by Camille D. Bibles
Date: 2022.08.26 14:03:32 -07'00'
*Judge's signature*

City and state:      Flagstaff, AZ _____

Honorable Camille D. Bibles, U.S. Magistrate Judge
*Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>   22-4323mb | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

**Certification**

   I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date: _____          _____
                                                    *Executing officer's signature*

                                              _____
                                                    *Printed name and title*

Attachment A

**Place to be Searched**

The residence and field located at GPS coordinates 36.29973, -109.59905, 3 Miles

NE of Old Valley Store, Many Farms/Chinle, Arizona.





## Attachment B

**Items to be Seized**

Items to be seized include evidence of the crime such as the following:

- Knives and/or sharp-edged tools that have the potential to create lacerations to the body.

AO 106 (Rev. 04/10)  Application for a Search Warrant

# UNITED STATES DISTRICT COURT

### for the

### District of Arizona

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No.  22-4323 mb |
| Residence located 3 Miles NE of Old Valley Store, Many Farms/Chinle, AZ and field surrounding residence at approximate GPS coordinates 36.29973, -109.59905 | ) ) ) ) | |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Residence located 3 Miles NE of Old Valley Store, Many Farms/Chinle, AZ and field surrounding residence at approximate GPS coordinates 36.29973, -109.59905, otherwise known as the target residence.

located in the _____ District of _____Arizona_____ , there is now concealed *(identify the person or describe the property to be seized)*:
Evidence of the crime to include knives and sharp edged tools.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1153 & 113(a)(3) | Assault with a Dangerous Weapon |
| 18 U.S.C. §§ 1153 & 113(a)(6) | Assault Resulting in Serious Bodily Injury |

The application is based on these facts:
Granger Haudley was seen at GPS coordinates 36.29973, -109.59905 assaulting his brother which resulted in multiple lacerations to his abdomen and upper body.  Granger Haudley was seen moving from the scene of the assault to the residence both himself and others identified as his. Please see affidavit for additional details.

☐ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested

under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Reviewed by: *AUSA Anthony Church* ANTHONY CHURCH
Digitally signed by ANTHONY CHURCH
Date: 2022.08.26 08:42:06 -07'00'

_____
*Applicant's signature*

Timothy Chan, FBI Special Agent
*Printed name and title*

___X___  Sworn by Telephone

Date: _____

City and state:  Flagstaff, AZ

# Camille D. Bibles

Digitally signed by Camille D. Bibles
Date: 2022.08.26 14:03:05 -07'00'

_____
*Judge's signature*

Honorable Camille D. Bibles, U.S. Magistrate Judge
*Printed name and title*

Attachment A

**Place to be Searched**

The residence and field located at GPS coordinates 36.29973, -109.59905, 3 Miles

NE of Old Valley Store, Many Farms/Chinle, Arizona.





## Attachment B

### Items to be Seized

Items to be seized include evidence of the crime such as the following:

- Knives and/or sharp-edged tools that have the potential to create lacerations to the body.

## ELECTRONICALLY SUBMITTED AFFIDAVIT OF PROBABLE CAUSE

I, Special Agent Timothy H. Chan, being duly sworn, state the following:

1.      I am a Special Agent of the Federal Bureau of Investigation (hereinafter FBI) and have been since March 2019.   I am currently assigned to the Gallup, New Mexico, Resident Agency of the Phoenix, Arizona, FBI Field Division.   I have received training at the Federal Bureau of Investigation Training Academy in Quantico, Virginia as well as training in the investigation of assault, murder, and other violent crimes.

2.      In the course of my official duties, I am charged with the investigation of crimes occurring on (among other places) the Navajo Nation Indian Reservation within the Federal District of Arizona.   I am an investigative law enforcement officer of the United States, and I am empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 18 of the United States Code.

3.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement agents and witnesses.   This affidavit is intended to show only that there is sufficient probable cause for the requested search warrant and does not set forth all of my knowledge about this matter.

4.      This case involves a stabbing committed on August 19, 2022, by GRANGER HAUDLEY. (hereinafter HAUDLEY), an Indian, who is an enrolled member of the Navajo Tribe.   The events described in this document occurred within the confines of the Navajo Nation Indian Reservation, in the District of Arizona, unless otherwise described in this affidavit.

1

5.     On August 19, 2022, I was in contact with Navajo Department of Criminal Investigations (hereinafter NDCI) Criminal Investigator (hereinafter CI) Cornelia Perry (Perry).

6.     CI Perry advised that she was in receipt of information regarding a possible assault occurring near Many Farms/Chinle, Arizona, at approximate Global Positioning System (GPS) coordinates 36.29973, -109.59905, which was within the exterior boundaries of the Navajo Nation Indian Reservation.

7.     It was learned from CI Perry and Navajo Nation Police Officers (NPD) who responded to the scene that L.H. and HAUDLEY were involved in an altercation outside of the residence belonging to HAUDLEY.   The residence is further described as 3 Miles North East of Old Valley Store, Many Farms/Chinle, Arizona.   L.H. and HAUDLEY are brothers.   During the altercation, L.H. and HAUDLEY were close to one another, shirtless, and it appeared that HAUDLEY was punching L.H. in the abdomen.   L.H, fell to the ground and HAUDLEY ran back to his residence and was seen putting a button up shirt back on.

8.     It was later learned that L.H. was stabbed numerous times in his abdomen and upper body.   L.H. was transported to the hospital in Chinle, Arizona and subsequently flown from Chinle to the San Juan Regional Medical Center in Farmington, New Mexico where, among other things, L.H. underwent surgery to repair his abdomen and upper body. According to medical personal, the intestines of L.H. were protruding from his abdomen as a result of the stabbing.

///

2

### Interview of HAUDLEY

9.      On August 19, 2022, HAUDLEY was interviewed at the scene of the assault.
When asked what happened, HAUDLEY said he didn't know what happened to his brother
and that he found his brother in the condition he was in.   HAUDLEY stated he was across
the road and was not in the field where he was currently being interviewed, until he found
L.H.   HAUDLEY stated he stays here and there and pointed to a house across the way and
a smaller house that was situated closer to where he was being interviewed.   HAUDLEY
provided verbal and written consent to search the smaller house where he resides.

### Evidence Recovery

10.      Special Agent (SA) Chan (Chan) and CI Perry were present at the scene
where the assault took place.   The scene can be described as an open field surrounding the
smaller house that belongs to HAUDLEY.   A consent search of the smaller house
described as 3 Miles North East of Old Valle Store, Many Farms/Chinle, Arizona situated
at approximate GPS coordinates 36.29973, -109.59905 was conducted at approximately
10:00 PM.   Based on the facts of the investigation to that point, SA Chan and CI Perry
searched for evidence related to an assault using a knife or sharp object.   Within the
confines of the house belonging to HAUDLEY, a *black handled* knife with dirt on the
handle and what appeared to be a red substance was seized.   An additional open field
search where the assault took place was also conducted.   Shoes and a hat belonging to
L.H. were taken from the open field and verbal consent was provided by HAUDLEY for
his shoes.

///

3

Interview of S.M.

11.     On August 23, 2022, S.M. was interviewed by SA Chan and CI Perry.   S.M. stated they saw L.H. and HAUDLEY in the field outside of where HAUDLEY lives. According to S.M., the two were arguing and ended up in a fight where it looked like HAUDLEY was punching L.H. in the stomach.   S.M. saw L.H. fall to the ground and saw HAUDLEY going back to his residence, where he was later seen wearing a button up shirt. S.M saw what they described as the stomach of L.H. and stated it was red.   S.M. stated it was approximately 6:00 PM and there was no one else in the field at that time.   S.M was positive it was only L.H. and HAUDLEY.

Interview of T.M.

12.     On August 23, 2022, T.M. was interviewed by SA Chan and CI Perry.   T.M. stated they saw only L.H. and HAUDLEY in the field.   T.M. was at their residence when they saw this and was positive there was no one else there.   T.M. described L.H. and HAUDLEY as wearing no shirts and in short cuts for pants.   T.M. provided information to NPD that L.H. and HAUDLEY were face to face and HAUDLEY appeared to uppercut punch L.H. in the stomach area two times with small jabs.   At that point, that is when L.H. fell to the ground.   T.M. saw HAUDLEY go into the little house he lives in for approximately 25 minutes and with the use of binoculars, they checked on L.H. and that is when they saw red color over his chest and stomach.

Interview of L.H.

13.     On August 23, 2022, L.H. was interviewed in the San Juan Regional Medical Center in Farmington, New Mexico.   When asked who stabbed him, L.H. stated his

4

brother and further stated HAUDLEY.  L.H. stated HAUDLEY was talking crazy and started saying something about a woman in L.H.'s phone and stated that could be why they got into an argument.  L.H. stated there was no one else there during the time of the incident and he hasn't talked to HAUDLEY since.  According to L.H., the knife that HAUDLEY used to stab him with was a *brown handled* knife.  L.H. stated that he knows his brother's knives and the knife used to stab him had a *brown* handle.  L.H. stated the knife could still be at HAUDLEY's and he might have put it in the dirt.

Medical Results

14.     On August 20, 2022, SA Chan contacted the charge nurse for L.H. who informed that L.H. was in the intensive care unit due to the severity of his injuries.

    a.  The night of his injuries, Chinle Emergency Medical Services (EMS) counted five lacerations to L.H.'s chest and stomach area.

    b.  Chinle EMS secured his protruding intestines and wrapped gauze around his stomach.

15.     As of August 24, 2022, L.H. was still an admitted patient at the San Juan County Regional Medical Center in Farmington, New Mexico.  As such, medical documentation detailing the extent of the injuries has yet to be obtained.

Conclusion

16.     Based on the facts herein, it is clear that HAUDLEY resides at the TARGET LOCATION - GPS coordinates 36.29973, -109.59905 and that an assault occurred on the grounds surrounding the TARGET LOCATION as further described in Attachment A. HAUDLEY previously stated to investigators that he resides in the house that is situated

5

in the area of GPS coordinates 36.29973, -109.59905 and HAUDLEY was seen walking from the scene of the assault back to the residence where he obtained a button up shirt. HAUDLEY was also seen going into the TARGET LOCATION residence for approximately 25 mins after the incident.   I respectfully request that a search warrant be issued authorizing the search for evidence of the crime further described in Attachment B at the TARGET LOCATION based on the facts stated herein.

17.     This affidavit was sworn telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose.

**Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.**

_____          8/26/2022_____
Timothy H. Chan                           Date
Special Agent, FBI


X_____ Sworn by Telephone


SWORN AND SUBSCRIBED to before me this _____ day of August 2022.

Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2022.08.26 14:02:38 -07'00'

_____          _____
HONORABLE CAMILLE D. BIBLES               Date
United States Magistrate Judge


6