AO 93 (Rev. 11/13) Search and Seizure Warrant

FILED ✓
RECEIVED
LODGED
COPY

SEP 0 1 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched* | ) |
| *or identify the person by name and address)* | ) Case No.  22-4323mb |
| | ) |
| Residence located 3 Miles NE of Old Valley Store, Many | ) |
| Farms/Chinle, AZ and field surrounding residence at | ) |
| approximate GPS coordinates 36.29973, -109.59905 | ) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Arizona
*(identify the person or describe the property to be searched and give its location)*:

Residence located 3 Miles NE of Old Valley Store, Many Farms/Chinle, AZ and field surrounding residence at approximate GPS coordinates 36.29973, -109.59905, otherwise known as the target residence.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Evidence of the crime to include knives and sharp edged tools.

**YOU ARE COMMANDED** to execute this warrant on or before   September 9, 2022 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to  Any Magistrate Judge in Arizona on duty _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: _____

Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2022.08.26 14:03:32 -07'00'
*Judge's signature*

City and state:    Flagstaff, AZ _____

Honorable Camille D. Bibles, U.S. Magistrate Judge
*Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>22-4323mb | Date and time warrant executed:<br>8|31|22 9:30 AM | Copy of warrant and inventory left with:<br>Granger Hundley Residence |
| Inventory made in the presence of :<br>Gallup RA  Special Agents | | |
| Inventory of the property taken and name of any person(s) seized: | | |

(1) Blue boxcutter

-(1) Silver knife w/ burned black handle

-(1) Knife w/ black handle

-(1) Silver Colored folded boxcutter

-(1) Silver Colored folded multi-tool

-(1) Silver knife w/ yellow handle

-(1) Silver Clever w/ black handle

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:   9|1|22

_____
*Executing officer's signature*

Timothy Chan, FBI Special Agent
*Printed name and title*